■ In the Matter of TEDDY MOORE, Petitioner, v STATE OF NEW YORK GRIEVANCE COMMITTEE FOR THE SECOND, ELEVENTH, AND THIRTEENTH JUDICIAL DISTRICTS, Respondent. [47 NYS3d 910]—Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the Grievance Committee for the Second, Eleventh, and Thirteenth Judicial Districts to take action against an attorney in connection with her conduct in an action entitled *Moore v Guerra*, commenced by the petitioner in the Supreme Court, Kings County, under Index No. 4895/10, and application by the petitioner, inter alia, for poor person relief.

Ordered that the application for poor person relief is granted to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied; and it is further,

Adjudged that the proceeding is dismissed, without costs or disbursements.

This Court does not have subject matter jurisdiction to entertain this proceeding (*see* CPLR 7804 [b]; 506 [b]; *Matter of Pettus v Dudis*, 82 AD3d 896 [2011]; *Matter of Taylor v Adler*, 73 AD3d 937 [2010]). Dillon, J.P., Roman, Hinds-Radix and Duffy, JJ., concur.